**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| STEPHEN WAYNE SLONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:26-CV-134-SCM |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT**

THE STATE OF TEXAS §

COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who swore on oath that the following facts are true:

"I am an attorney of record for Plaintiff in the above-entitled cause. I am duly admitted and licensed to practice law in Texas. I am a member in good standing of the Bar of Texas."

Respectfully submitted,
MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By: Erin Svetlik

Erin Svetlik
Tex. Bar No. 24115426
Fed. Bar No. 3882226
403 Heights Blvd.
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
Pro Hac Vice Pending
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
Stephen Wayne Slone

SWORN TO and SUBSCRIBED before me on 7th day of April, 2026.

Melanie Donaldson

Notary Public in and for
the State of Texas

NOTARY PUBLIC
STATE OF TEXAS
MELANIE DONALDSON
MY COMMISSION EXPIRES
SEPTEMBER 22, 2029
NOTARY ID: 4812910