**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| STEPHEN WAYNE SLONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:26-CV-134-SCM |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR ERIN SVETLIK**

## I. RELIEF REQUESTED

The Applicant named below moves the court for permission to appear pro hac vice pursuant to Local Rule 83.2 for the purpose of appearing as a lawyer in this proceeding.

Identity of Applicant for Admission Pro Hac Vice:

| | |
|---|---|
| Name: | Erin Svetlik |
| Texas Bar Number: | 24115426 |
| Address: | 403 Heights Blvd. |
| Telephone: | 713-228-8888 |
| Facsimile: | 713-225-0940 |
| Email: | erin@marcwhitehead.com |

Identity of Associated Local Counsel:

| | |
|---|---|
| Name: | Robert A. Florio |
| Address: | 974 Breckinridge Ln<br>Louisville, KY 40207 |
| Telephone: | 502-587-0228 |
| Email: | robertfloriolaw@outlook.com |

## II. FACTS

1. Applicant is an attorney in good standing of the Bar of Texas. Applicant has executed an affidavit attesting to this fact.

2. Applicant is licensed to practice law in the highest court in Texas, all U.S. District Courts in Texas.

3. Applicant is a resident of Texas. Her office is located at 403 Heights Blvd., Houston, Texas 77007.

4. Applicant has not been subject to subject to any disciplinary sanctions by any court or Bar Association.

5. Applicant does not have any pending disciplinary sanctions by any court or Bar Association.

6. Robert Florio is an active member of the Kentucky Bar and will be the associated counsel in the named cause.

7. Either counsel may file electronic pleadings.

8. Applicant requests appearance pro hac vice because Plaintiff, Stephen Slone, has chosen Applicant to be her representative in this matter.

9. Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

10. Applicant has completed online ECF training for the United States District Court for the Southern District of Texas.

## III. LEGAL AUTHORITY

This motion is made pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Eastern District of Kentucky.

## IV. PROPOSED ORDER

A proposed order granting the relief requested accompanies this motion.

RESPECTFULLY SUBMITTED April 20, 2026

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By: /s/ Erin Svetlik___________________
Erin Svetlik
Tex. Bar No. 24115426
Fed. I.D. No. 3882226
erin@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
STEPHEN SLONE