# U.S. District Court

## Kentucky Eastern - London

Receipt Date: Apr 23, 2026 2:49PM

Robert Florio
410 Breckinridge Ln
Louisville, KY 40207

Rcpt. No: 600002267 Trans. Date: Apr 23, 2026 2:49PM Cashier ID: #JP (3522)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DKYE526FP000001 /001<br>LIBRARY FUND | 1 | 125.00 | 125.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $125.00 |
| | Total Due Prior to Payment: | $125.00 |
| | Total Tendered: | $125.00 |
| | Total Cash Received: | $0.00 |

**Comments**: 6:26-CV-134 E. Svetlik

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.