UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at London

| | | |
|---|---|---|
| STEPHEN WAYNE SLONE,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | ) | Civil Action No. 6:26-cv-00134-SCM<br><br>**ORDER** |

*** *** *** ***

The Court being sufficiently advised, it is hereby **ORDERED** as follows:

1) Within **21 days** from the date of entry of this Order, counsel for the parties shall conduct the meeting required by Federal Rule of Civil Procedure Rule 26(f) to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case; to discuss any issues regarding the preservation of discoverable information; and to develop a proposed discovery plan.

2) At the time of the meeting, counsel for the parties shall exchange the disclosures required by Rule 26(a)(1) and, in the future, shall make supplemental disclosures when required by Rule 26(e).

3) No later than **14 days** after the meeting, counsel for the parties shall file a written joint report outlining the proposed discovery plan. In proposing deadlines, the parties should anticipate a trial date within 14 months of when the case was filed. The parties' report shall include the following information:

a) the parties' views and proposals required by Rule 26(f);

b) proposed deadlines for fact discovery, expert discovery, and expert disclosures and reports under Rule 26(a)(2);

c) proposed deadlines for filing motions to join other parties and amend the pleadings;

d) proposed deadlines for filing motions, including dispositive motions and *Daubert* motions;

e) the anticipated length of trial and whether there will be issues to submit to a jury;

f) dates that are mutually convenient with counsel for trial; and

g) whether the parties consent to the jurisdiction of a magistrate judge for all further proceedings, including trial and entry of a judgment, pursuant to 28 U.S.C. § 636(c).

Signed this 23rd day of June, 2026.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky